IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLARISA-ANCUTA CHIRITA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-01122-FB |
| | § | |
| BOBBY THOMPSON, Warden, South Texas | § | |
| ICE Processing Center, in his official capacity; | § | |
| KRISTI NOEM, Secretary of the U.S. | § | |
| Department of Homeland Security, in her | § | |
| official capacity; TODD M. LYONS, | § | |
| Director, U.S. Immigration and Customs | § | |
| Enforcement, in his official capacity; | § | |
| PAMELA BONDI, Attorney General of the | § | |
| United States, in her official capacity; | § | |
| MIGUEL EDUARDO VERGARA-LOPEZ, | § | |
| Field Office Director, Enforcement and | § | |
| Removal Operations, U.S. Immigration | § | |
| and Customs Enforcement, San Antonio | § | |
| Field Office; and SIRCE E. OWEN, | § | |
| Acting Director, Executive Office for | § | |
| Immigration Review, in her official | § | |
| capacity, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the Petition for Writ Habeas Corpus ("Petition") (ECF No. 1), filed by

Petitioner Clarisa-Ancuta Chirita ("Petitioner"), who is currently detained in the South Texas Detention

Center in Pearsall, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States

Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order.  Delivery by

certified mail, return receipt requested, of those same documents shall constitute sufficient service of

process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

> Stephanie Rico, the Civil Process Clerk
> United States Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, TX 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve Respondent Bobby Thompson, Warden, South Texas ICE Processing Center, with copies of the Petition (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

> Bobby Thompson, Warden
> South Texas ICE Processing Center
> 566 Veterans Drive
> Pearsall, TX 78061.

IT IS FURTHER ORDERED that **Respondents shall file a response to the Petition within five (5) days of the date of service.**

IT IS FURTHER ORDERED that, **if Petitioner elects to file a reply, Petitioner may do so no later than seven (7) days after the Respondents file their answers/responses.**

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer of Petitioner is IMMEDIATELY STAYED[1] until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court.** Of course, this stay does not preclude

---

[1]*See Maldonado v. Lyons*, Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").

Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

It is so ORDERED.

SIGNED this 23rd day of February, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE